IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARMANDO GARIBO, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV429 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, and BRAD HANSEN, Institution's Warden, | ) | ORDER |
| | ) | |
| Respondents. | ) | |

The Petitioner did not sign his Petition for Writ of Habeas Corpus. Therefore,

IT IS ORDERED that:

(1)  The Clerk shall send the Petitioner a copy of filing no. 1, the unsigned Petition.

(2)  The Clerk shall send the Petitioner Form AO 241, the Petition Under 28 U.S.C. § 2254.

(3)  The Petitioner is given October 19, 2018, to file an Amended Petition that is signed or this matter may be dismissed without prejudice.

DATED this 19th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge