IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARMANDO GARIBO, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV429 |
| v. | ) | |
| STATE OF NEBRASKA, and BRAD HANSEN, Institution's Warden, | ) | ORDER |
| Respondents. | ) | |

On oral application of the Respondents,

IT IS ORDERED that Respondents shall file their answer and brief on or before January 11, 2019.

DATED this 4th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge